IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER ANDERSON, | : |
| Plaintiff, | : 5:25-cv-00599-JMG |
| v. | : |
| | : Electronically Filed |
| I AM HOME CARE LLC, | : |
| Defendant. | : |

## NOTICE OF DISMISSAL

Plaintiff Jennifer Anderson hereby **DISMISSES** this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1]

Date: June 23, 2025

Respectfully,

Peter Winebrake
R. Andrew Santillo
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com

*Plaintiff's Counsel*

---

[1] This notice of dismissal is not the result of a settlement between the parties resolving Plaintiff's claims under the Fair Labor Standards Act or the Pennsylvania Minimum Wage Act.